**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAR 21 AM 11: 47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EASTERN DIST. COLUMBUS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:21-CR-121** |
| **Plaintiff,** | **JUDGE WATSON** |
| **v.** | **SUPERSEDING INDICTMENT** |
| **WILLIAM T. CANIFF, JR.,** | **18 U.S.C. § 1343**<br>**18 U.S.C. § 1957** |
| **Defendant.** | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

All dates and times in this Superseding Indictment are alleged to be "on or about," "in and around," or "through and including" the specific dates stated.

**GENERAL ALLEGATIONS**

At all times relevant to this Superseding Indictment:

1. Defendant **WILLIAM T. CANIFF, JR.,** resided in the Southern District of Ohio.

2. Binary options were a type of options contract in which the payout depended on the outcome of a yes/no proposition. The yes/no proposition typically related to whether the price of a particular asset would rise above or fall below a certain amount. A binary option did not give the holder the right to buy or sell the underlying asset. Instead, the holder of a binary option received either a pre-determined amount of money or nothing at all.

3. In January 2016, Defendant **WILLIAM T. CANIFF, JR.,** and another individual formed a limited liability corporation called Berkley Capital Management LLC ("Berkley Capital Management"), which purported to be in the business of trading binary options.

4. In January 2016, Bbot 1 LP ("Bbot") was established as an investment pool that would offer participants the opportunity to trade binary options in a pool with other participants. Berkley Capital Management was the general partner of Bbot.

5. In August 2017, Berkley II LP ("Berkley II") was established as an investment pool that would offer participants the opportunity to trade binary options in a pool with other participants. Berkley Capital Management was the general partner of Berkley II.

6. Defendant **WILLIAM T. CANIFF, JR.,** was designated as the trader for Bbot and Berkley II. Defendant **WILLIAM T. CANIFF, JR.,** established bank accounts for Berkley Capital Management, Bbot, and Berkley II, and had control of the bank accounts.

7. The North American Derivatives Exchange, Inc. ("Nadex") was an online binary options exchange.

## COUNTS 1–35
### (Wire Fraud)

8. Paragraphs 1 through 7 of this Superseding Indictment are incorporated here.

9. From at least January 27, 2016, through at least May 2, 2019, in the Southern District of Ohio and elsewhere, Defendant **WILLIAM T. CANIFF, JR.,** devised and intended to devise a scheme to defraud, and to deprive another of money and property by means of materially false and fraudulent pretenses, representations, and promises.

10. Through Berkley Capital Management, Bbot, and Berkley II, Defendant **WILLIAM T. CANIFF, JR.,** ran a fraudulent binary options investment scheme in the Southern District of Ohio and elsewhere.

11. It was part of the scheme to defraud that Defendant **WILLIAM T. CANIFF, JR.,** knowingly made and caused to be made materially false representations to investors to fraudulently obtain and retain their money, including false representations about the risks

2

involved with the investments, the expected and actual returns on investments, and the ways investor funds would be used and were used. Defendant **WILLIAM T. CANIFF, JR.,** obtained funds and caused funds to be obtained from investors by falsely representing that the investors' funds would be used and were used for their benefit, which involved trading funds on their behalf. Contrary to those representations, Defendant **WILLIAM T. CANIFF, JR.,** intended to and did embezzle, steal, obtain by fraud, misappropriate, and knowingly convert a substantial portion of the investors' funds for himself and his business partner, rather than trading those funds for the benefit of the investors.

12. It was part of the scheme to defraud that Defendant **WILLIAM T. CANIFF, JR.,** created and caused to be created false documents in order to mislead investors, including false account statements.

13. It was part of the scheme to defraud that Defendant **WILLIAM T. CANIFF, JR.,** caused bank accounts for Bbot and Berkley II to receive millions of dollars from investors.

14. It was part of the scheme to defraud that Defendant **WILLIAM T. CANIFF, JR.,** caused only $85,000 of the funds to be invested through Nadex, even though bank accounts for Bbot and Berkley II received more than $4 million in funds from investors.

15. It was part of the scheme to defraud that Defendant **WILLIAM T. CANIFF, JR.,** fraudulently misappropriated at least $2 million of investors' funds for his own benefit and the benefit of a business partner.

16. On each of the dates listed below for each count, in the Southern District of Ohio and elsewhere, Defendant **WILLIAM T. CANIFF, JR.,** for the purpose of executing and attempting to execute the scheme to defraud described above, transmitted and caused to be

3

transmitted, by means of wire communication in interstate and foreign commerce, signals and

sounds—namely, wire transfers of funds—as described for each count as follows:

| Count | Date | Description |
|---|---|---|
| 1 | 06/29/2016 | Wire transfer of $50,992 from Rabobank Nederland account ending x8807 through Bank of America to PNC Bank account ending x6402 |
| 2 | 08/22/2016 | Wire transfer of $49,992 from Rabobank Nederland account ending x9976 through Bank of America to PNC Bank account ending x6402 with transaction description "Fed Wire In 004359" |
| 3 | 08/22/2016 | Wire transfer of $49,992 from Rabobank Nederland account ending x9976 through Bank of America to PNC Bank account ending x6402 with transaction description "Fed Wire In 004360" |
| 4 | 09/29/2016 | Wire transfer of $25,000 from Lanschot Bankiers account ending x6907 through CitiBank to PNC Bank account ending x6402 |
| 5 | 09/30/2016 | Wire transfer of $100 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 |
| 6 | 10/04/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 |
| 7 | 10/05/2016 | Wire transfer of $39,992 from Rabobank Nederland account ending x9976 through Bank of America to PNC Bank account ending x6402 |
| 8 | 10/05/2016 | Wire transfer of $54,900 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 |
| 9 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 010999" |
| 10 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011000" |
| 11 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011001" |
| 12 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011003" |
| 13 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011004" |
| 14 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011005" |

| 15 | 10/05/2016 | Wire transfer of $55,000 from ABN Amro Bank account ending x1397 through Bank of New York to PNC Bank account ending x6402 with transaction description "Fed Wire In 011006" |
| 16 | 11/09/2016 | Wire transfer of $25,000 from ABN Amro Bank account ending x1393 through Bank of New York to PNC Bank account ending x6402 |
| 17 | 12/08/2016 | Wire transfer of $49,992 from Rabobank Nederland account ending x7007 to Bank of America account ending x0221 |
| 18 | 12/08/2016 | Wire transfer of $12,992 from Rabobank Nederland account ending x7007 to Bank of America account ending x0221 |
| 19 | 12/16/2016 | Wire transfer of $20,000 from ABN Amro Bank account ending x1393 to Bank of America account ending x0221 |
| 20 | 12/27/2016 | Wire transfer of $27,492 from Rabobank Nederland account ending x3592 to Bank of America account ending x0221 |
| 21 | 01/03/2017 | Wire transfer of $25,000 from ABN Amro Bank account ending x1393 to Bank of America account ending x0221 |
| 22 | 01/09/2017 | Wire transfer of $100,000 from Wells Fargo account ending x6381 to Bank of America account ending x0221 |
| 23 | 02/23/2017 | Wire transfer of $30,000 from ABN Amro Bank account ending x1393 to Bank of America account ending x0221 |
| 24 | 03/07/2017 | Wire transfer of $32,492 from Rabobank Nederland account ending x3592 to Bank of America account ending x0221 |
| 25 | 12/05/2017 | Wire transfer of $49,975 from ABN Amro Bank account ending x9749 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1712012367400 |
| 26 | 12/05/2017 | Wire transfer of $49,975 from ABN Amro Bank account ending x9749 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1712012383600 |
| 27 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306370900 |
| 28 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306381900 |
| 29 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306377000 |
| 30 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306384500 |

| 31 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306385900 |
| 32 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306380100 |
| 33 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306368100 |
| 34 | 02/01/2018 | Wire transfer of $59,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 with Sndr Ref Num F9S1801306375100 |
| 35 | 02/01/2018 | Wire transfer of $19,975 from ABN Amro Bank account ending x1397 through the Bank of New York Mellon to Huntington National Bank account ending x3674 |

**All in violation of 18 U.S.C. § 1343.**

<u>COUNTS 36–52</u>
**(Money Laundering)**

17.     Paragraphs 1 through 16 of this Superseding Indictment are incorporated here.

18.     On or about the dates set forth below, in the Southern District of Ohio and elsewhere, Defendant **WILLIAM T. CANIFF, JR.,** did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity—that is, wire fraud:

| Count | Date | Monetary Transaction |
|---|---|---|
| 36 | 07/01/2016 | Transfer of $20,000 from PNC Bank account ending in x6031 to First Choice America Community Credit Union account ending in x5673 |
| 37 | 07/29/2016 | Transfer of $38,500 from PNC Bank account ending in x6031 to PNC Bank account ending in x5469 |
| 38 | 08/31/2016 | Transfer of $70,525 from PNC Bank account ending in x6031 to PNC Bank account ending in x5469 |
| 39 | 09/30/2016 | Transfer of $134,775 from PNC Bank account ending in x6031 to PNC Bank account ending in x5469 |

| 40 | 10/31/2016 | Transfer of $233,699 from PNC Bank account ending in x6031 to PNC Bank account ending in x5469 |
| 41 | 10/31/2016 | Purchase of a cashier's check in the amount of $152,028.50, payable to Ohio Valley Title, Inc., with funds from PNC Bank account ending in x5469 |
| 42 | 12/16/2016 | Transfer of $80,000 from Bank of America bank account ending in x0182 to PNC Bank account ending in x5469 |
| 43 | 01/12/2017 | Transfer of $100,000 from Bank of America bank account ending in x0182 to PNC Bank account ending in x5469 |
| 44 | 01/24/2017 | Wire transfer of $175,000 from Bank of America bank account ending in x0182 to PNC Bank account ending in x5469 |
| 45 | 10/02/2017 | Transfer of $15,426.76 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 46 | 11/01/2017 | Transfer of $11,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 47 | 12/04/2017 | Transfer of $15,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 48 | 12/29/2017 | Transfer of $45,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 49 | 03/01/2018 | Transfer of $15,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 50 | 03/23/2018 | Transfer of $50,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 51 | 06/19/2018 | Transfer of $15,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |
| 52 | 08/06/2018 | Transfer of $30,000 from Huntington bank account ending in x1922 to Huntington account ending in x7479 |

**All in violation of 18 U.S.C. § 1957.**

## FORFEITURE ALLEGATION A

19.     Paragraphs 1 through 18 are incorporated here.

20.     Upon conviction of any of violations of 18 U.S.C. § 1343 alleged in this Superseding Indictment, Defendant **WILLIAM T. CANIFF, JR.,** shall forfeit to the United States, under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real or personal, constituting or derived from proceeds traceable to such violation.

21.     If any of the above-described forfeitable property, as a result of any act or omission of Defendant **WILLIAM T. CANIFF, JR.:**

7

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, in accordance with 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of Defendant **WILLIAM T. CANIFF, JR.,** up to the value of the forfeitable property described above.

**Forfeiture in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## <u>FORFEITURE ALLEGATION B</u>

22.     Paragraphs 1 through 18 are incorporated here.

23.     Upon conviction of any of violations of 18 U.S.C. § 1957 of this Superseding Indictment, Defendant **WILLIAM T. CANIFF, JR.,** shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such violations as alleged, or any property traceable to such property.

24.     If any of the above-described forfeitable property, as a result of any act or omission of Defendant **WILLIAM T. CANIFF, JR.:**

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of Defendant **WILLIAM T. CANIFF, JR.,** up to the value of the forfeitable property described above.

**Forfeiture in accordance with 18 U.S.C. § 982(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

s/Foreperson
**FOREPERSON**

**KENNETH L. PARKER
UNITED STATES ATTORNEY**

**PETER K. GLENN-APPLEGATE (0088708)
JESSICA W. KNIGHT (0086615)
Assistant United States Attorneys**